David Coats, Esq. (47375)  
**GHIDOTTI | BERGER LLP**  
9735 3rd Avenue NE, Suite 600  
Seattle, WA 98115  
Tel: (949) 427-2010  
Fax: (949) 427-2732  
Email: bknotifications@ghidottiberger.com

Judge: Hon. Timothy W. Dore  
Chapter: 12  
Hearing Date: May 3, 2023  
Hearing Time: 9:30 a.m.  
Response Date: _____

Attorneys for Secured Creditor 1 Sharpe Intermediate Trust, its successors and/or assigns

**UNITED STATES BANKRUPTCY COURT**  
**FOR THE WESTERN DISTRICT OF WASHINGTON**  
**WASHINGTON DIVISION**

| | |
|---|---|
| In re:<br><br>**Robert Kruse and Laura Kruse,**<br><br>    Debtor(s). | Case No.: 22-11989-TWD<br><br>Chapter 13<br><br>**OBJECTION TO CONFIRMATION OF THE DEBTORS' PROPOSED AMENDED CHAPTER 13 PLAN**<br><br>Judge: Hon. Timothy W. Dore |

**TO THE HONORABLE TIMOTHY W. DORE, UNITED STATES BANKRUPTCY JUDGE; THE DEBTORS, AND DEBTORS' ATTORNEY OF RECORD; AND TO THE CHAPTER 13 TRUSTEE**:

    Secured Creditor, 1 Sharpe Intermediate Trust, its successors and/or assignees ("**Secured Creditor**"), objects to confirmation of Robert Kruse and Laura Kruse ("**Debtors'**") proposed amended Chapter 13 Plan (the "Amended Plan") filed on March 31, 2023 as Docket Number 35, and states:

    1.    Secured Creditor holds a secured claim by virtue of that certain promissory Note dated June 2, 2021, which is secured by a Deed of Trust recorded on June 8, 2021, encumbering

Objection– Page 1

GIHIDOTTI | BERGER LLP  
9735 3rd Avenue NE, Suite 600  
Seattle, WA 98115  
Tele: 949-427-2010

real property located at *506 Wellington Ave, Seattle, WA 98122* ("**Property**"). A true and correct copy of the Note and Deed of Trust are attached hereto as **Exhibits "A and B",** respectively.

2. The Deed of Trust was assigned to Movant ("**Assignment**"). A true and correct copy of the Assignment is attached hereto as **Exhibit "C".**

3. On December 14, 2022 ("**Petition Date**"), Debtor(s) filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code.

4. On February 22, 2023, Secured Creditor timely filed its proof of claim ("**Claim**") as Claim Number 14-1 which reflects a total secured claim in the amount of $978,808.61, and current arrearages due and owing in the amount of $978,808.61. The loan matured on 01/01/2022.

5. On March 31, 2023, the Debtor(s) filed the proposed amended Chapter 13 Plan as Docket Number 35.

6. Secured Creditor objects to confirmation of the Amended Plan on the grounds that it provides for no adequate protection for Secured Creditor. Rather than providing for payments to Secured Creditor, the Amended Plan instead proposes to file a lawsuit against Secured Creditor and/or file an objection to Secured Creditor's Claim within twelve months of confirmation of the Amended Plan. Pursuant to 11 U.S.C. § 1326(a)(1)(C), within 30 days of filing the Amended Plan, the Debtor shall commence making payments in amount that would provide adequate protection to Secured Creditor "unless the court orders otherwise." This Court has not ordered otherwise; in fact, it does not appear that Debtors have even applied for such an order. The Amended Plan provides for zero payments to Secured Creditor, and therefore Secured Creditor is not adequately protected.

7. Secured Creditor also objects to confirmation of the Amended Plan on the grounds that if Debtors intend to object to Secured Creditor's Claim or file some sort of action

Objection– Page 2

GIHIDOTTI | BERGER LLP
9735 3rd Avenue NE, Suite 600
Seattle, WA 98115
Tele: 949-427-2010

Case 22-11989-TWD    Doc 40    Filed 04/26/23    Ent. 04/26/23 15:26:51    Pg. 2 of 4

against Secured Creditor or others, there is no reason why Debtors would need to wait 12 months to do so, particularly since Secured Creditor filed its proof of claim on February 22, 2023, more than two months ago. It is unclear why Debtors, if they intend to object to Secured Creditor's proof of claim, have not already done so.

    **WHEREFORE**, Secured Creditor respectfully objects to confirmation of the proposed amended Plan and requests the following:

    a.    That confirmation of the proposed amended Chapter 13 Plan be denied;

    b.    For attorney's fees and costs incurred herein;

    c.    For such other and further relief that this Court deems just and proper.

Dated: April 26, 2023

**GHIDOTTI | BERGER LLP**

By: /s/ David Coats
David Coats, Esq. SBN 47375
Attorneys for Secured Creditor

## CERTIFICATE OF SERVICE

On April 26, 2023, the foregoing documents described as *Objection to Confirmation of Debtor's' Proposed Amended Chapter 13 Plan* were served upon the following individuals,

By electronic means through the Court's ECF program:

**COUNSEL(S) FOR DEBTOR(S)**

Kathryn P Scordato    KATHRYN@SCORDATOLAW.COM

**CHAPTER 13 TRUSTEE**

Jason Wilson-Aguilar    courtmail@seattlech13.com

Objection– Page 3

GHIDOTTI | BERGER LLP
9735 3rd Avenue NE, Suite 600
Seattle, WA 98115
Tele: 949-427-2010

Case 22-11989-TWD    Doc 40    Filed 04/26/23    Ent. 04/26/23 15:26:51    Pg. 3 of 4

1 By depositing true copies thereof in the United States mail at Santa Ana, California, enclosed in a

2 sealed envelope, with postage paid, addressed as follows:

3 **DEBTOR(S)**
Robert Kruse
4 506 Wellington Avenue
Seattle, WA 98122

5

Laura Kruse
6 506 Wellington Avenue
Seattle, WA 98122

7

8     I declare under penalty of perjury under the laws of the United States of America that the

9 foregoing is true and correct.

10                                        /s/ _ David Coats _____

Objection– Page 4

GIHIDOTTI | BERGER LLP
9735 3rd Avenue NE, Suite 600
Seattle, WA 98115
Tele: 949-427-2010

Case 22-11989-TWD    Doc 40    Filed 04/26/23    Ent. 04/26/23 15:26:51    Pg. 4 of 4